**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| GINKO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Civil No. 1-24-cv-01279<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT VENUE DISCOVER AND EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER**

Before the Court is Plaintiff Ginko, LLC's Motion for Leave to Conduct Venue Discovery and Extension of Time to Respond to Defendant's Motion to Transfer (Dkt. []). Having considered the motions, the Court is of the opinion that Ginko's Motion should be GRANTED.

The Court will allow the parties to conduct limited venue discovery subject to the following constraints and timeline. Ginko is allowed five interrogatories, five requests for production, and ten total hours of depositions. Ginko shall serve its requests for production and interrogatories within 24 hours of this Order, and Apple shall serve its responses within 14 days of service. Ginko shall complete its depositions within 14 days of Apple's deadline to respond to the written discovery. Ginko will have 14 days after the close of this limited discovery to respond to Apple's Motion to Transfer Venue.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to conduct the limited venue discovery as proposed in its motion. The deadline for Plaintiff to respond to Defendant's Motion to Transfer Venue is extended until 14 days after the close of the venue discovery period.

DATE:

________________________________
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE